AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

UNITED STATES OF AMERICA
STATE OF INDIANA
    Plaintiff(s)

    v.      **Civil Action No.**    2:14CV312

ATLANTIC RICHFIELD COMPANY
E I duPONT DE NEMOURS AND COMPANY
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

√ Other: Judgment is entered in accordance with the Consent Decree and its appendices constitute the final, complete and exclusive agreement and understanding among the parties regarding the settlement embodied in the Consent Decree.  The Court enters this judgment as a final judgment under Fed.R.Civ.P. 54 and 58.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

√ decided  by Chief Judge Philip P. Simon on Unopposed Motion of the United States for Entry of a Consent Decree.

DATE:      10/28/2014        ROBERT TRGOVICH, CLERK OF COURT

                                              /s/ RMNagy
                                by_____
                                      *Signature of Clerk or Deputy Clerk*