# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| United States of America & State of Indiana | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:14-cv-00312 |
| Atlantic Richfield Company, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Intervenors, Carmen Garza, Gabriela Garza, Mauro Jimenez, Sara Jimenez, Andrea Jurado, Ron Adams, We The People For East Chicago, & Calumet Lives Matter.

Date: 01/13/2018

/s/ Emily D. Gilman
*Attorney's signature*

Emily D. Gilman (Illinois No. 6317338)
*Printed name and bar number*

Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
*Address*

emily.gilman@goldbergkohn.com
*E-mail address*

(312) 201-3861
*Telephone number*

(312) 332-2196
*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 13, 2018, she caused a true and correct copy of **APEARANCE OF COUNSEL** to be served via the Court's ECF/electronic mailing system and/or email upon all counsel of record.

/s/ Emily D. Gilman